UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD HAMILTON,

        Petitioner,

vs.                                       Case No. 3:05-cv-813-J-20

JAMES V. CROSBY, JR.,
etc.; et al.,

        Respondents.
_____

**ORDER**

1. Within **TWENTY (20) DAYS** from the date of this Order, Mr. George W. Blow, III, shall file a response to Petitioner Richard Hamilton's *pro se* Motion for Inquiry Regarding Current Assigned Post-Conviction Counsel, Request Conflict-Free Counsel to Be Appointed and Leave to Amend Pending Habeas Corpus Petition (Doc. #8).

2. Consideration of Petitioner Richard Hamilton's *pro se* Motion for Inquiry Regarding Current Assigned Post-Conviction Counsel, Request Conflict-Free Counsel to Be Appointed and Leave to Amend Pending Habeas Corpus Petition (Doc. #8) is **DEFERRED** until after Mr. Blow has filed his response thereto.

    **DONE AND ORDERED** at Jacksonville, Florida, this 31st day of October, 2005.

                                                      UNITED STATES DISTRICT JUDGE

ps 10/28
c:
Richard Hamilton
George W. Blow, III